IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ROBERT E. SPRUILL,                )
                                  )
            Plaintiff,            )
                                  )
      v.                          )    1:06CV00116
                                  )
DUKE POWER CO.,                   )
                                  )
            Defendant.            )

## **J U D G M E N T**

For the reasons set out in an Order entered contemporaneously with this Judgment,

**IT IS ORDERED AND ADJUDGED** that plaintiff's request to proceed as a pauper is denied, and that this action be, and the same hereby is, dismissed pursuant to 28 U.S.C. § 1915(e) for being frivolous and/or for failing to state a claim upon which relief may be granted.

This the day of March 20, 2006

                                        /s/ N. Carlton Tilley, Jr.
                                     United States District Judge